AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| CARL J. BENNETT,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | )   **CASE NO. 5:10-CV-37-D**<br>)<br>)<br>) |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 3, 2011** WITH A COPY TO:

George C. Piemonte (via CM/ECF Notice of Electronic Filing)

Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| February 3, 2011<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |